UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER KELLY NOLAN, SPENCER JOHN NOLAN, and TYLER LEE NOLAN,<br><br>Defendant. | Case No. CR05-5547FDB<br><br>ORDER RELATING TO DEFENDANT TYLER LEE NOLAN'S MOTION TO SUPPRESS STATEMENT |

Before the court is the motion of Defendant Tyler Lee Nolan to suppress statements made by his co-defendant Kristopher Nolan. In response, the Government states that if Kristopher Nolan does not testify, it will want to offer his confession in a redacted form so that the jury will not be able to infer that Defendant Tyler Lee Nolan was implicated. The court directs that the Government submit its proposed redacted statement and limiting instruction so that the court may consider their admissibility.

ACCORDINGLY,

IT IS ORDERED:

ORDER - 1

(1) Plaintiff shall provide the court and Defendants with its proposed redacted statement and limiting instruction within 14 days from the date of this Order. Defendants may file a response within 7 days of receipt of Plaintiff's proposals.

DATED this 10th day of November, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2